**FILED**
May 4, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MOHAMMAD ADNAN KHAN, )<br>)<br>Defendant. ) | CASE NUMBER: 2:12-mj-00108 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Mohammad Adnan Khan</u>; Case <u>2:12-mj-00108 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of <u>$50,000.00</u>, co-signed by defendant's wife, Harpreit Deol

    __  Appearance Bond with 10% Deposit

    _X_  (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>5/4/2012</u> at 2:05 pm

By _____
Kendall J. Newman
United States Magistrate Judge