```
                                              FILED
                                              May 4, 2012
         UNITED STATES DISTRICT COURT         CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
       FOR THE EASTERN DISTRICT OF CALIFORNIA CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
                                )    CASE NUMBER: 2:12-mj-00108 KJN
        Plaintiff,            )
v.                                  )    ORDER FOR RELEASE
                                )    OF PERSON IN CUSTODY
MOHAMMAD ADNAN KHAN, )
                                )
        Defendant.         )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Mohammad Adnan Khan</u>; Case <u>2:12-mj-00108 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

         _    Release on Personal Recognizance

         _    Bail Posted in the Sum of _____

         X    Unsecured Appearance Bond in the amount of <u>$50,000.00,</u> co-signed by defendant's wife, Harpreit Deol

         _    Appearance Bond with 10% Deposit

         X    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>5/4/2012</u> at 2:55 pm

By *[signature]*
Kendall J. Newman
United States Magistrate Judge